**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                           **NO. 4:08MJ6029-BD**

**FERMIN MEDINA CARDENAS (01)**
**JOSE LUIS ESCOTA MOYA (02)**
**SANTIAGO LOPEZ (03)**
**ADALI NIETO MENDOZA (04)**                                    **DEFENDANTS**

## ORDER

The Defendants in the above-styled case are not well-versed in the English language and are unable to understand and comprehend the proceedings being conducted. The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure, to enable the Defendants to communicate with and comprehend the presiding judicial officers and other parties at any and all proceedings conducted in court.

The Clerk is therefore directed to appoint a qualified interpreter to assist the Defendants, counsel, and the Court at any and all court proceedings in this case.

IT IS SO ORDERED this 23rd day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE